**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **ROGER D. WOOLEYHAN** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CASE NO. 10-153 MMB** |
| ) | |
| v. ) | |
| ) | **DEMAND FOR JURY TRIAL** |
| **CAPE HENLOPEN** ) | |
| **BOARD OF EDUCATION, a/k/a,** ) | |
| **CAPE HENLOPEN SCHOOL BOARD,** ) | |
| **GEORGE E. STONE, CAPE** ) | |
| **HENLOPEN SCHOOL DISTRICT,** ) | |
| **WILLIAM H. JOPP, JOHN YORE,** ) | |
| **DIANNE MRAZECK, ROBERT** ) | |
| **MAULL, WILLIAM MATT, AMANDA** ) | |
| **JESTER, LISA COVERDALE, and** ) | |
| **JOHN WALSH,** ) | |
| ) | |
| **Defendants,** ) | |

**ORDER**

Plaintiff having submitted *Plaintiff Roger D. Wooleyhan's Motion to file the Appendix and Video Exhibit in Support to the Plaintiff's Answering Brief under Seal*, pursuant to the Revised Administrative Procedures governing Filing and Service By Electronic Means, it is this \_\_\_\_ day of September, 2010, **ORDERED**, that Plaintiff's Motion to file the Appendix and Video Exhibit under seal is **GRANTED.**

_____
The Honorable Michael M. Baylson