# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ROGER D. WOOLEYHAN**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO. 10-153 MMB |
| | ) |
| v. | ) |
| | ) DEMAND FOR JURY TRIAL |
| **CAPE HENLOPEN BOARD OF EDUCATION, a/k/a, CAPE HENLOPEN SCHOOL BOARD, GEORGE E. STONE, CAPE HENLOPEN SCHOOL DISTRICT, WILLIAM H. JOPP, JOHN YORE, DIANNE MRAZECK, ROBERT MAULL, WILLIAM MATT, AMANDA JESTER, LISA COVERDALE, and JOHN WALSH,** | ) ) ) ) ) ) ) ) ) ) |
| Defendants, | |

## NOTICE OF DEPOSITION – WITNESS WILL PRODUCE DOCUMENTS

TO ALL PARTIES AND TO
THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that the undersigned will take the deposition of Amanda Jester on **November 5, 2010 at 10:00 a.m.** in the office of Joseph C. Raskauskas, P.A., located at 33176 Coastal Highway, Unit 1, Bethany Beach, DE 19930, and will be stenographically recorded and videotaped.

**NOTICE IS FURTHER GIVEN**, that the witness is instructed to bring any and all documents, records or items that relate to the allegations in the complaint.

                        **THE NORMAN LAW FIRM**

                        /s/ Stephen P. Norman
                        Stephen P. Norman, Esquire, Bar No. 4620
                        The Norman Law Firm
                        29 Atlantic Avenue, Suite E
                        Ocean View, Delaware 19970
                        (302) 537-3788
                        *Attorney for Plaintiff*

Dated: October 5, 2010

cc:    Ms. Herrmann, Court Reporter